HARRY W. HECHT, *et ux.*, and TRUSTEES OF THE INTERNAL IMPROVEMENT FUND v. MILLARD H. HALL, *et ux.*

154 So. 926.
Decision Filed May 14, 1934.

*Ira C. Haycock,* for Appellants, Hecht and Wife;

*Cary D. Landis,* Attorney General, and *Marvin C. McIntosh,* Assistant, for Trustees Internal Improvement Fund; *Morton B. Adams,* for Appellees.

PER CURIAM.—The decree herein appealed from is affirmed upon the principles stated in Hecht v. Shaw, filed November 16, 1933.

Affirmed.

WHITFIELD, ELLIS and BROWN, J. J., and THOMAS, Circuit Judge, concur.

DAVIS, C. J., and TERRELL and BUFORD, J. J., disqualified.